# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **8:02CR388** |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **JARED D. ARPS,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion to withdraw filed by Assistant Federal Public Defender Michael Hansen (Filing No. 122). Hansen seeks withdrawal due to a conflict posed by Hansen's recent appointment within the Federal Public Defender's Office. The Defendant is incarcerated and is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. The court finds that the motion should be granted and other counsel appointed.

IT IS ORDERED:

1. The motion to withdraw filed by Assistant Federal Public Defender Michael Hansen (Filing No. 122) is granted.

2. The Federal Public Defender for the District of Nebraska is appointed to forthwith provide the Court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3. Counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f). At the time of the entry of judgment herein, Defendant shall file a current and complete financial statement to aid the Court in determining whether any portion of counsel's fees and expenses should be reimbursed by Defendant.

3. The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

DATED this 7th day of October, 2005.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge